**Dismissed and Memorandum Opinion filed February 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00663-CR

## EX PARTE DERIN KEITH MULLER

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 73524-B**

## MEMORANDUM OPINION

Appellant appeals the trial court's order denying relief pursuant to appellant's article 11.07 application for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.07. We do not have jurisdiction over this appeal. Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings, and we have no authority to review the trial court's order denying appellant's post-conviction application for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.07; *In re Garcia*, 363 S.W.3d 819, 822 n.4 (Tex. App.—Austin, no pet.) ("Courts of appeals have no jurisdiction over criminal-law matters pertaining to proceedings under article 11.07.").

On December 27, 2021, we informed appellant that it appears this court lacks jurisdiction over the appeal. We directed him to file a response within 21 days or the appeal would be dismissed. Appellant filed a brief on the merits, but no other response demonstrating how this court could exercise jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)